# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| FRANK JOSEPH SCHWINDLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV416-189 |
| ) | |
| AHMED HOLT, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On January 25, 2017, this Court granted Frank Joseph Schwindler's unopposed motion to transfer this case back to the United States District Court for the Northern District of Georgia. Doc. 14. Apparently unaware that his motion had been granted, Schwindler again moves to transfer his case. Doc. 15. Since it has already been transferred, that motion is **DENIED** as moot. *Id.* Schwindler may bring any motion for further relief in the Northern District. This case remains **CLOSED**.

**SO ORDERED**, this 7th day of February, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1