**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| FRANK JOSEPH SCHWINDLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV416-189 |
| | ) | |
| P.O. AHMED HOLT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Court previously stayed this case to permit Petitioner Frank Joseph Schwindler time to consider whether to amend his petition and for the parties to file any supplemental briefing.  *See* doc. 75 at 6-7.  For statistical purposes, the Clerk is **DIRECTED** to **ADMINSTRATIVELY CLOSE** this case during the pendency of the stay.  *See, e.g., In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

**SO ORDERED,** this <u>18th</u> day of March, 2021.

_____

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1