UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FRANK JOSEPH                )
SCHWINDLER,                 )
                            )
    Petitioner,           )
                            )
v.                          )               CV416-189
                            )
P.O. AHMED HOLT, Warden,    )
                            )
    Respondent.           )

## ORDER

Court appointed *amicus curiae*, Christopher T. Giovinazzo, has filed a status report requesting that he be permitted to file his brief addressing the issues identified in the Court's appointment Order, *see* doc. 87 at 7, on February 4, 2022.  *See* doc. 88.  In order to accommodate any additional impediments from the current increase in COVID-19 infection, and to ensure Mr. Giovinazzo's schedule is not unduly disrupted by his service to the Court, he is **DIRECTED** to file his amicus

1

brief no later than February 18, 2022.   All other deadlines in this case remain **STAYED**.

    **SO ORDERED,** this <u>10th</u> day of January, 2022.

                   _____

                   CHRISTOPHER L. RAY
                   UNITED STATES MAGISTRATE JUDGE
                   SOUTHERN DISTRICT OF GEORGIA