EXHIBIT

7

SOP 227.03
Attachment 1
6/30/20

**Offender Reference Library Collection**

A.  All prisons operated by GDC with a reference library shall maintain only those legal materials which are on the approved list of holdings and they are as follows:

1.  All resources provided by LexisNexis and contained on the most current version of the LexisNexis Electronic Distributed Media (portable hard drive) as approved by GDC's Office of Legal Services.

2.  An updated list of contact information for foreign consulates.

B.  Law librarians for prisons that maintain lock down units of over 150 beds where direct access to the prison's reference library is not ordinarily provided shall facilitate access to the above approved list of holdings for offenders in such units. This may be accomplished by providing such offenders with printed copies of requested materials or by any other method approved by the warden/superintendent or authorized designee.

Retention Schedule: This attachment shall be maintained until revised or obsolete.