**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| FRANK JOSEPH SCHWINDLER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CV416-189 |
| P.O. AHMED HOLT, Warden, | ) ) | |
| Respondent. | ) | |

## <u>ORDER</u>

The Court has received and reviewed the report prepared by court-appointed *amicus curiae*, Mr. Christopher T. Giovinazzo. *See* doc. 90. The Court wishes to, once again, express its gratitude to Mr. Giovinazzo for his willingness to accept this appointment and for his excellent report. Before the Court takes any action on the findings and recommendations in Mr. Giovinazzo's report, the Court will direct the parties to respond.

Accordingly, the parties, respectively, are **DIRECTED** to state their positions on the sufficiency and feasibility of the report's recommendations. *See* doc. 90 at 17-19. To the extent that either party—but presumably Schwindler—contends that the *amicus'* recommendations do not sufficiently address his ability to litigate his

1

petition, that party must identify specifically what additional accommodations are necessary. To the extent that either party—but presumably Respondent—contends that the recommendations are impracticable or excessive, that party must identify the specific impediments to the proposals, and state specifically the extent to which the proposals might be enacted, despite the impediments. The parties' respective responses must be filed no later than May 20, 2022. To the extent that any party wishes to reply to the opposing party's response, that reply must be filed no later than May 27, 2022. The Clerk is **DIRECTED** to send Petitioner a copy of Mr. Giovinazzo's report, doc. 90, with this Order.

In conclusion, the Court wishes to, once again, express its gratitude for the service provided by *amicus curiae*, Mr. Christopher T. Giovinazzo. Having admirably discharged his responsibilities, he is relieved of any further responsibilities in this case.

**SO ORDERED,** this 19th day of April, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2