**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

FRANK JOSEPH SCHWINDLER,

    Plaintiff,

    v.                                                                   CASE NO: 4:16cv189

P.O. AHMED HOLT, et al,

    Defendants.

## N O T I C E

**TAKE NOTICE** that the above captioned case is set for a **Status Conference** before Christopher L. Ray**,** United States Magistrate Judge, at 9:30 a.m. (Eastern Standard Time), on **Tuesday, July 12, 2022**.  This hearing will be held by Video Teleconference (VTC). Parties will be contacted via email prior to the conference with login instructions.

This 14th day of June, 2022.

JOHN TRIPLETT, CLERK


By:    */s/ Molly Davenport*
    Molly Davenport
    Courtroom Deputy Clerk
    912-650-4035