**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:  4:16cv189** | **DATE:  7/12/22** |
| **FRANK JOSEPH SCHWINDLER** | **TIME:  9:34 - 10:06 a.m.** |
| **v.** | **LOCATION:    Savannah** |
| **P.O. AHMED HOLT** | |

**Judge:** Christopher L. Ray, US Magistrate Judge    **Courtroom Deputy:** Molly Davenport

**Court Reporter:** FTR SAV-CRD    **Law Clerk:** Matthew Traut

**Security:**

**Attorney(s) for Plaintiff:**    Frank Schwindler, pro se

**Attorney(s) for Defendant:**    Paula Smith

**PROCEEDINGS:**    **STATUS CONFERENCE**

**COMMENTS/RULINGS:**

Discussion was held regarding the proposed Amicus resolutions.

IT IS ORDERED THAT counsel for the defendant shall file a Status Report into the record within seven (7) days with the sole purpose of advising the Court of a timeline regarding the thumb drives as discussed on the record.