IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| FRANK JOSEPH SCHWINDLER, | * | |
| | * | CIVIL ACTION NO. |
| Petitioner, | * | CV416-189 |
| | * | |
| v. | * | |
| | * | HABEAS CORPUS |
| Warden, Phillips State Prison, | * | 28 U.S.C. § 2254 |
| | * | |
| Respondent. | * | |

## STATUS REPORT ON PREPARATION OF A THUMB DRIVE FOR RESPONDENT'S EXHIBITS

COMES NOW Respondent, through counsel, Christopher M. Carr, Attorney General of the State of Georgia, and makes this his response per the Court's instructions at the status hearing on July 12, 2022, by showing by showing and stating as follows:

1.

Upon consultation with IT personnel and an outside copying service, within the next seven days, Respondent's counsel will have a thumb drive prepared which contains documents on the three CD's previously-discussed on the record, and hand-deliver the thumb drive to the warden's assistant at Phillips State Prison by Tuesday, July 26, 2022.  Counsel is retrieving the two CD's that are currently in the assistant's possession today so that they can be loaded on the thumb drive.

1

2.

Respondent's counsel will apprise the Court thereafter of when the

thumb drive has been delivered and what documents are on the thumb drive.

CONCLUSION

WHEREFORE, Respondent submits this response.

Respectfully submitted,

CHRISTOPHER M. CARR        112505
Attorney General

BETH A. BURTON                   027500
Deputy Attorney General

s/Paula K. Smith_____
PAULA K. SMITH             662160
Senior Assistant Attorney General

Please serve:

Paula K. Smith
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S. W.
Atlanta, Georgia   30334-1300
Telephone: (404) 458-3288
psmith@law.ga.gov

2

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this day served the within and foregoing

RESPONSE, prior to filing the same, by depositing a copy thereof, postage

prepaid, in the United States Mail, properly addressed upon:


Frank Schwindler
GDC # 323208
Phillips State Prison
2989 W Rock Quarry Road
Buford, Georgia 31519


This 19th day of July, 2022.


s/Paula K. Smith_____
Paula K. Smith
Senior Assistant Attorney General

3