IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| FRANK JOSEPH SCHWINDLER, | * | |
| | * | CIVIL ACTION NO. |
| Petitioner, | * | CV416-189 |
| | * | |
| v. | * | |
| | * | HABEAS CORPUS |
| Warden, Phillips State Prison, | * | 28 U.S.C. § 2254 |
| | * | |
| Respondent. | * | |

UPDATED STATUS REPORT – DELIVERY OF THUMB DRIVE
WITH EXHIBITS FOR PETITIONER'S USE

COMES NOW Respondent, through counsel, Christopher M. Carr,

Attorney General of the State of Georgia, to update the Court on the status

of a thumb drive, uploaded with copies of records previously provided to

Petitioner in other formats, for Petitioner's use in this case.

1.

On Tuesday, July 26, 2022, undersigned counsel for Respondent

hand-delivered a thumb drive to Ms. Warren, the Warden's assistant at

Phillips State Prison where Petitioner is housed, for Petitioner's use in this

case. Ms. Warren will maintain custody of this newly-created thumb drive,

along with the thumb drive of documents that had been relayed to

Petitioner by his then-counsel in his dismissed civil rights case and the

CD's from Petitioner's state habeas corpus case that are in Ms. Warren's

custody for his use upon his request.  Petitioner can ask Ms. Warren for access to both thumb drives in order to review them in accordance with Corrections' policies and procedures for access to the prison law library and other materials attached to the report of the Amicus in this case.

2.

The newly created thumb-drive has a total of 54 items uploaded on it. The 54 items are not themselves sequentially numbered nor indexed on the thumbdrive, but were copied from CD's themselves referenced above (including documents from his dismissed civil rights case that are listed on the record at the March 2017 Gwinnett County habeas hearing).

3.

Since there is no index, undersigned counsel printed the first page of each uploaded item and left the copies (54 pages) with Ms. Warren to facilitate Petitioner's review and use.

4.

These 54 items, with the number or description in bold as reflected on the thumb drive and the additional identifying information supplied by counsel, are:

(1)    **00000001** – the November 7, 2007, Hancock County habeas hearing transcript (18 total pages);

(2)    **000001** -  the February 8, 2007, Hancock County habeas

hearing transcript (312 total pages);

(3)    **0001** – the November 1, 2013, Gwinnett County habeas hearing

(62 total pages);

(4)    **00000019** – Volume I (pages 1-189) of the December 14, 2006,

Hancock County habeas hearing (189 total pages);

(5)    **0063** – the June 3, 2014, Gwinnett County habeas hearing (13

total pages);

(6)    **0076** – the March 5, 2015, Gwinnett County habeas hearing

(202 total pages);

(7)    **00000208** – Volume II (pages 190-756) of the December 14,

2006, Hancock County habeas hearing (566 total pages);

(8)    **00278** – Volume 1 of 2 (pages 1-299(a)) of the September 29,

2015, Gwinnett County habeas hearing [appellate counsel Beauvais

testified] (301 total pages);

(9)    **000313** – documents starting with Petitioner's Exhibit 11, p.

320 (109 total pages);

(10)    **000422** – documents starting with the appellant's brief filed on

direct appeal, p. 429 (43 total pages);

3

(11)     **000465** – documents starting with the appellee's brief filed on

direct appeal, p. 472 (383 total pages);

(12)     **00579** – Volume 2 of 2, pages 300-417 of the September 29,

2015, Gwinnett County habeas hearing (121 total pages);

(13)     **00700** – the June 24, 2016, Gwinnett County habeas hearing

(22 total pages);

(14)     **00000744** – Volume III, pages 757-1335 of the December 14,

2006, Hancock County habeas hearing (579 total pages);

(15)     **00001353** – Volume IV, pages 1336-1817 of the December 14,

2006, Hancock County habeas hearing (482 total pages);

(16)     **00001835** – Volume V, pages 1818-2454 of the December 14,

2006, Hancock County habeas hearing (637 total pages);

(17)     **00002472** – Volume VI, pages 2455-3132 of the December 14,

2006, Hancock County habeas hearing (678 total pages);

(18)     **00003150** – Volume VII, pages 3133-3632 of the December 14,

2006, Hancock County habeas hearing (461 total pages);

(19)     **00003611** – Volume VIII, pages 3633-4135 of the December

14, 2006, Hancock County habeas hearing (503 total pages);

(20)     **00004114** – Volume IX, pages 4136-4645 of the December 14,

2006, Hancock County habeas hearing (511 total pages);

4

(21)     **00004625** – Volume X, pages 4646-5310 of the December 14, 2006, Hancock County habeas hearing (504 total pages);

(22)     **00005129** – Volume XI, pages 5131-5623 of the December 14, 2006, Hancock County habeas hearing (498 total pages);

(23)     **00005627** – Volume XII, pages 5629-6128 of the December 14, 2006, Hancock County habeas hearing (502 total pages);

(24)     **00006129** – Volume XIII, pages 6129-6632 of the December 14, 2006, Hancock County habeas hearing (504 total pages);

(25)     **00006633** – Volume XIV, pages 6633-7129 of the December 14, 2006, Hancock County habeas hearing (498 total pages);

(26)     **00007131** – Volume XV, pages 7130-7631 of the December 14, 2006, Hancock County habeas hearing (502 total pages);

(27)     **00007633** – Volume XVI, pages 7632-8126 of the December 14, 2006, Hancock County habeas hearing (497 total pages);

(28)     **00008130** – Volume XVII, pages 8127-8571 of the December 14, 2006, Hancock County habeas hearing (446 total pages);

(29)     **00008576** – Volume XVIII, pages 8572-8978 of the December 14, 2006, Hancock County habeas hearing (407 total pages);

(30)     **00008983** – Volume XIX, pages 8979-9418 of the December 14, 2006, Hancock County habeas hearing (440 total pages);

(31)     **00009423** – Volume XX, pages 9419-9821 of the December 14,

2006, Hancock County habeas hearing (403 total pages);

(32)     **00009826** – February 8, 2007, Hancock County habeas hearing

[appellate counsel testified] (847 total pages);

(33)     **00010673** – May 20, 2005, Calhoun County habeas hearing (68

total pages);

(34)     **SCHWINDLER APRIL 28, 2017** – April 28, 2017, Gwinnett

County habeas hearing (150 total pages);

(35)     **Schwindler Case Law Documents** [starting at FS1929] (149

total pages);

(36)     **SCHWINDLER FEB 22, 2017** – February 22, 2017, Gwinnett

County habeas hearing (28 total pages without the CD);

(37)     **SCHWINDLER Brewer v. Schwindler** [starting at FS162]

(250 total pages);

(38)     **SCHWINDLER Brewer v. Schwindler** [starting at FS412]

(312 total pages);

(39)     **SCHWINDLER Ga. Court of Appeals** [starting at FS724]

(428 total pages);

(40)     **SCHWINDLER Ga. Supreme Court** (1 page);

(41)    **SCHWINDLER Magistrate Court Chatham** re: Brantley [starting at FS1152] (85 total pages);

(42)    **SCHWINDLER Muscogee County State v. Schwindler** (48 total pages);

(43)    **NYS Certification Incorporation** (12 total pages);

(44)    **Savannah PD** (2 total pages);

(45)    **Schwindler v. AL Supreme Court** [starting at FS1285] (32 total pages);

(46)    **Schwindler v. Alabama Tallapoosa County** [starting at FS1317] (67 total pages);

(47)    **Schwindler v. Colson-Arbogast** [starting at FS1384] (545 total pages);

(48)    **State v. Roger Brantley** [starting at FS111] (40 total pages);

(49)    **State v. Colson-Arbogast** [starting at FS151] (11 total pages);

(50)    **Superior Court of Chatham County** [starting at FS001] (30 total pages);

(51)    **Superior Court Muscogee Court** [starting at FS031] (30 total pages);

(52)    **SCHWINDLER USDC MD AL** (242 total pages);

(53)    **SCHWINDLER USDC MDAL** [starting at FS061] (18 total

pages);

(54)    **SCHWINDLER USDC SDGA** [starting at FS079] (32 total

pages).

          Respectfully submitted,

CHRISTOPHER M. CARR        112505
Attorney General

BETH A. BURTON        027500
Deputy Attorney General

s/Paula K. Smith_____
PAULA K. SMITH        662160
Senior Assistant Attorney General

Please serve:

Paula K. Smith
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S. W.
Atlanta, Georgia   30334-1300
Telephone: (404) 458-3288
psmith@law.ga.gov

CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing

UPDATED RESPONSE, prior to filing the same, by depositing a copy

thereof, postage prepaid, in the United States Mail, properly addressed upon:


Frank Schwindler
GDC # 323208
Phillips State Prison
2989 W Rock Quarry Road
Buford, Georgia 31519


This 29th day of July, 2022.


s/Paula K. Smith_____ _____
Paula K. Smith
Senior Assistant Attorney General

9