UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| FRANK JOSEPH SCHWINDLER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CV416-189 |
| P.O. AHMED HOLT, Warden, | ) ) | |
| Respondent. | ) ) | |

## ORDER

After extensive proceedings to address *pro se* Petitioner Frank Joseph Schwindler's objections concerning his access to the record in this 28 U.S.C. § 2254 case, *see* docs. 79, 80, 82, 85, 87, 90, 91, 93, 94, 95 & 96, Respondent has notified the Court that on July 26, 2022, counsel delivered a copy of the record, and additional documents, for Schwindler's use, doc. 98 at 1. Petitioner is, therefore, **DIRECTED** to file any reply to Respondent's Amended Answer, doc. 78, no later than November 2, 2022. *See* Rule 5(e), Rules Governing Section 2254 Cases. This case

1

shall remain **STAYED** until November 2, 2022 to permit Schwindler time to prepare and file his reply.

    **SO ORDERED,** this <u>4th</u> day of August, 2022.

                                                     _____
                                                     CHRISTOPHER L. RAY
                                                     UNITED STATES MAGISTRATE JUDGE
                                                     SOUTHERN DISTRICT OF GEORGIA